MILES R. MARTIN, JR., Respondent, v. GOTHAM NATIONAL BANK OF NEW

---

* See 218 App. Div. 845; 219 id. 734.— [REP.

† Added by Laws of 1923, chap. 526.— [REP.

‡ Since respectively amd. by Laws of 1923, chaps. 527, 525; Laws of 1925, chap. 581, and Laws of 1924, chap. 415.— [REP.

YORK, CHARLES H. BANNING and HENRY E. LOCKWOOD, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.